

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00609-CV

Jason Jeremy **MATTHEWS**,
Appellant

v.

Layna Marie **MATTHEWS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00535
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

The appellant's two "Motions for Immediate Relief" and the "Motion for Request for Documentation" are DENIED, without prejudice to raising the issues in appellant's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court